# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PATRICK BODE, and
COLLIN JILLA,

        Plaintiffs,

        v.                Case No. 05-C-1326

OSI COLLECTION SERVICES, INC.,

        Defendant.

## ORDER APPROVING STIPULATION FOR CONSENT CONFIDENTIALITY

The court has considered the Stipulation for Consent Confidentiality Order, filed August 30, 2006. Consequently, for good cause shown and to protect confidential commercial information,

**IT IS ORDERED** that the stipulation is adopted and approved as the order of the court, except as follows:

To the extent that any papers filed or to be filed with the court reveal or tend to reveal information claimed to be confidential, the submitting party shall file a separate motion to seal (along with a proposed order) stating facts demonstrating to the court that there is good cause to seal only those portions of each document sought to be sealed.

Dated at Milwaukee, Wisconsin, this 5th day of September, 2006.

        BY THE COURT:

        s/C. N. Clevert, Jr.
        C. N. CLEVERT, JR.
        U. S. District Judge